In the Matter of the Application of KNAPP & FRENCH
INC., for Voluntary Dissolution.

FRED F. FRENCH et al., Appellants; EDWARD J. KNAPP,
Respondent.

*Matter of Knapp & French, Inc.,* 170 App. Div. —, appeal
dismissed.

(Argued November 18, 1915; decided December 7, 1915.)

APPEAL from an order of the Appellate Division of
the Supreme Court in the first· judicial department,
entered October 27, 1915, which affirmed an order of
Special Term resettling two prior orders made at Special
Term directing the petitioners herein to give an under-
taking and dismissing this proceeding for failure to give
the said undertaking in a proceeding for the voluntary
dissolution of a corporation.

*Frank W. Chambers* for appellants.

*L. M. Berkeley* for respondent.

Appeal dismissed, with costs, on the ground that the
order sought to be reviewed is not a final order; no
opinion.

Concur: WILLARD BARTLETT, Ch. J., HISCOCK, CHASE,
COLLIN, CARDOZO, SEABURY and POUND, JJ.